## THIRD DEPARTMENT, MARCH, 1921.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IROQUOIS NATURAL GAS COMPANY, Relator, v. PUBLIC SERVICE COMMISSION, SECOND DISTRICT, and CITY OF BUFFALO, Respondents.

*Gas and electricity — application by gas company for increased rates — error in determination affecting rate base — determination annulled — weight of evidence for Commission.*

PER CURIAM: It having been conceded that there was an error in the determination affecting the rate base exceeding $850,000, it is clear that independently of the former opinion of this court [See 194 App. Div. 578] the determination should be reversed, and an appeal to the Court of Appeals would be useless. Furthermore this court has expressed no opinion as to the questions asked to be certified. The weight of evidence is for the Commission. All motions are, therefore, denied.

---

LELA JENNINGS, Appellant, v. HARMON JENNINGS and JENNIE M. JENNINGS, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MARY McGRATH, as Widow of JOHN T. McGRATH, Respondent, v. ALBERT WINTERNITZ, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of BATISTA MARELLO, for Compensation under the Workmen's Compensation Law, Respondent, v. GIRARD RESTAURANT COMPANY, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Award reversed for want of proof of causal relation between accident and injury or disease complained of, and matter remitted to the Commission. All concur, except John M. Kellogg, P. J., who votes for affirmance.